■ OLLANDUS WILLIAMS et al., Respondents, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Appellants. — Judgment, Supreme Court, New York County, entered July 24, 1980, unanimously reversed, on the law and on the facts, and a new trial ordered on the issue of damages only, without costs, unless plaintiffs, within 20 days after service upon them of a copy of the order herein, with notice of entry, serve and file in the office of the clerk of the trial court written stipulations consenting to reduce the verdict in favor of plaintiff Ollandus Williams to $125,000 and the verdict in favor of plaintiff Ormond Jones to $600,000 and to the entry of an amended judgment in accordance therewith. If plaintiffs so stipulate, the judgment, as so amended and reduced, is affirmed, without costs or disbursements. The damages proven by plaintiffs warranted verdicts no greater than the sums of $125,000 and $600,000 respectively, to which recoveries should be limited. The court finds no substantial merit to appellants' other contentions. Concur — Murphy, P. J., Sandler, Sullivan, Markewich and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE LOPEZ, Appellant. — Judgment, Supreme Court, New York County, rendered on March 13, 1978, and judgment of said court rendered on March 23, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Birns, Carro and Bloom, JJ.